UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CARDENAS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GKN NORTH AMERICAN SERVICES, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　　　　　　　　　Defendants. | Civil No.   07cv0939-JM (POR)<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE AND SCHEDULING SETTLEMENT CONFERENCE**<br><br>**[Doc. No. 28]** |

　　　On July 15, 2008, the parties filed a stipulation to vacate the Mandatory Settlement Conference set for July 23, 2008.  The parties indicate they have been engaged in further and more extensive settlement discussions since the Case Management Conference held on May 21, 2008, and anticipate that most, if not all, issues existing between the parties will be resolved.  As such, the parties do not believe a settlement conference at this time is necessary.  Based thereon and the parties' stipulation, the Court hereby VACATES the Mandatory Settlement Conference scheduled on July 23, 2008.  Further, a Settlement Conference shall be held on **August 25, 2008** at **1:30 p.m.** for purposes of providing the Court with the status of settlement.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendants shall initiate and coordinate the call.  If the case settles

///

///

- 1 -　　　　　　　　　　　　　　　　07cv0939-JM (POR)

1 | ///

2 | before the conference, counsel shall contact the Court immediately.

3 | **IT IS SO ORDERED.**

5 | DATED:  July 22, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Jeffrey T. Miller
        all parties