# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CARDENAS,<br><br>                                    Plaintiff,<br>vs.<br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>                                    Defendants. | CASE NO. 07 CV 0939 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the parties' joint motion (Doc. no. 30) and Federal Rule of Civil Procedure 41(a)(1), the court hereby **DISMISSES** this action with prejudice, each party to bear its own fees and costs. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: August 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge